UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| W. ALLEN MCDONALD, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:17-CV-90 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge H. Bruce Guyton |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

This case came before the Court on Defendant's motion to dismiss. For the reasons stated in the Court's memorandum opinion, the Court **GRANTS** Defendant's motion to dismiss (Doc. 33). It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

                                        **/s/** *Travis R. McDonough*
                                        **TRAVIS R. MCDONOUGH**
                                        **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
   CLERK OF COURT